**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6895**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

TARIK COEFIELD,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:93-cr-00339-LMB)

_____

Submitted:  December 20, 2022               Decided:  December 27, 2022

_____

Before NIEMEYER and QUATTLEBAUM Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Tarik Coefield, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tarik Coefield appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. We review a district court's order granting or denying a compassionate release motion for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (stating standard of review), *cert. denied*, 142 S. Ct. 383 (2021). We have reviewed the record and conclude that the district court did not abuse its discretion in analyzing the relevant 18 U.S.C. § 3553(a) factors. *See United States v. High*, 997 F.3d 181, 189 (4th Cir. 2021). We therefore affirm the district court's order. We deny Coefield's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2